No. 5431.—MARÍA DEL CARMEN y LAURA ISABEL ABAD, apldas., v. PIZÁ HERMANOS, S. EN C., en liquidación, aplte.— C. D. San Juan. ▮▮▮▮▮▮▮▮▮▮ Noviembre 12, 1930.*

(Por la corte, a propuesta del Juez Presidente Señor del Toro.)
Desestimado por abandono.

No. 5434.—REYES, apldo., v. GONZÁLEZ ET AL., apltes.—C. D. Humacao. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Noviembre 12, 1930.*

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)
Desestimado por abandono.

No. 5449.—VEGA ET AL., apltes., v. CARDONA, apldo.—C. D. Ponce. ▮▮▮▮▮▮▮▮ Noviembre 26, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)
Desestimado por abandono.

No. 5450.—BARREIRA ET AL., apltes., v. CARDONA, apldo.— C. D. Ponce. ▮▮▮▮▮▮▮▮ Noviembre 26, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.)
Desestimado por abandono.

No. 5472.—COLÓN, aplte., v. COLÓN, apldo.—C. D. Guayama. ▮▮▮▮▮▮▮▮▮▮ Noviembre 28, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)
Desestimado por abandono.

No. 5473.—DÍAZ, apldo., v. ACOSTA, demandado, y ACOSTA, aplte.—C. D. Ponce. ▮▮▮▮▮▮▮▮▮▮ Noviembre 28, 1930.*

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)
Desestimado por abandono.